LEOLA TOWNSHIP, a Municipal Corporation, Appellant, v. McPHERSON COUNTY, South Dakota, Respondent.

(197 N. W. 785.)

(File No. 5513.    Opinion filed March 18, 1924.)

**Appeal and Error—Briefs—Court Rules—Judgment Affirmed Where Appeal Abandoned by Default in Filing Briefs.**

Where no brief was filed by appellant within the time for filing appellant's brief, and no other action of any kind was taken in prosecuting appeal or complying with the Supreme Court rules, the appeal will be deemed abandoned, and the judgment appealed from will be affirmed.

Appeal from Circuit Court, McPherson County; Hon. J. H. Bottum, Judge.

*E. C. Sigler,* of Sioux Falls, for Appellant.
*Theo. J. P. Geidt,* of Eureka, for Respondent.

PER CURIAM.    Notice of appeal and undertaking in this case were served on respondent, and the same with proof of service filed with the clerk of the circuit court of McPherson county, S. D., on September 24, 1923; and all said papers were filed with the clerk of this court on September 26, 1923.    Since then no briefs or other papers of any kind have been filed with this court.    The appellant, having utterly failed to comply with rules 5, 6, 7, and 13 of this court within the time therein prescribed, the appeal is deemed abandoned, and the judgment of the lower court is affirmed.

Note.—Reported in 197 N. W. 785.    See, Headnote, Appeal and error, 3 C. J. Sec. 1607; 4 C. J. Sec. 2437.